UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,** et al.,<br><br>　　　**Plaintiffs,**<br>　　　　　v.<br>**UNITED STATES FISH AND WILDLIFE SERVICE,** et al.,<br><br>　　　**Defendants.** | Civil Action No. 14-1807 (JDB) |

## ORDER

Pending before the Court are [21] plaintiffs' motion for summary judgment and [24] defendants' cross-motion for summary judgment.  Upon consideration of the motions, the oppositions, and the replies thereto, and the entire record herein, it is for the reasons set forth in the accompanying memorandum opinion hereby

**ORDERED** that plaintiffs' motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that defendants' cross-motion for summary judgment is **DENIED**.

It is further **ORDERED** that the FWS orders at issue will be remanded.

It is further **ORDERED** that by not later than April 20, 2016, defendants shall submit a proposed remediation plan and any comments on the injunctive relief sought by plaintiffs. Plaintiffs shall file a response by not later than May 6, 2016.  Alternatively, the parties may submit a joint proposed plan by April 20, 2016.

　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: March 29, 2016